# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| THOMAS GIGER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:14-CV-1016-CEJ |
| SIX FLAGS ENTERTAINMENT CORP., | ) ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #2]. *See* 28 U.S.C. ' 1915(a).

The Court is unable to determine if plaintiff is financially unable to pay the filing fee at this time, because he has submitted a partially-completed financial affidavit CJA Form 23 in support of his application for in forma pauperis status [Doc. #3]. Plaintiff has failed to state whether he has any cash on hand or money in a savings or checking account, and if he does, the total amount of said account(s). He has also failed to list his debts and monthly bills. In addition, it is unclear if plaintiff is currently self-employed and earning income; if he is presently working, he must state how much he earns per month. For these reasons, plaintiff will be

instructed to file a fully-completed CJA Form 23 (financial affidavit). *See* 28 U.S.C. ' 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this order to pay the statutory filing fee of $400 or to submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, the Court will dismiss this action, without prejudice and without further notice.

Dated this 17th day of June, 2014.

_____
**UNITED STATES DISTRICT JUDGE**